UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-20012-GAYLES/TORRES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

SAUL CASTELLON VALLES,    )
    Defendant.    )
_____)

## **DEFENDANT VALLE'S UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant Saul Castellon Valles ("Valles"), by and through undersigned court-appointed counsel, respectfully moves this Honorable Court for an Order continuing the current trial date of March 28, 2022, and states:

1. On January 20, 2022, Plaintiff United States of America ("Government") filed an indictment against Valles and his four co-defendants. ECF No. 18. In that indictment, the Government alleged the defendants committed violations Title 46, the Maritime Drug Law Enforcement Act ("MDLEA").

2. On January 21, 2022, the defendants appeared before The Honorable Lauren Fleischer Louis for their arraignments. ECF Nos. 19-23.

3. On March 10, 2022, this Honorable Court entered its Trial Order scheduling trial for March 28, 2022, that is, eighteen days from that date. ECF No. 29.

3. This case involves allegations of Title 46 violations for conspiracy to possess with the intent to distribute marijuana in an amount of 3,856 pounds and the related substantive offense.

1

The Government has turned over voluminous discovery material required under the Standing Discovery Order ("SDO").

4. In an MDLEA case like this, there are important documents and legal issues which defense counsel must carefully review and discuss with the defendants. Additionally, defense counsel were not able to meet in person with their clients for awhile due to pandemic quarantine restrictions. In-person visits are permitted now but, under current rules, an attorney must obtain advance permission from FDC-Miami officials for an in-person visit scheduled for a particular day and time usually 4-7 days after an attorney asks for such permission.

5. In light of the above situation, a first continuance of the current trial date would be reasonable and warranted. A reasonable time for the Court to grant this first trial continuance would be at least until the two-week period commencing June 20, 2022.

6. Pursuant to Local Rule 88.9, the undersigned has conferred with Michele S. Vigilance, the Assistant United States Attorney assigned to this case. Ms. Vigilance kindly stated that the Government does not oppose the time requested for a first trial continuance. Ms. Vigilance also advised that she has an irreconcilable conflict between April 15- May 3, 2022 and requests the trial date not be rescheduled during those days. The undersigned also has conferred with defense counsel for the four co-defendants who all agree with the requested trial continuance.

WHEREFORE, Defendant Saul Castellon Valles respectfully moves this Honorable Court for an Order continuing trial of this cause for a date no earlier than the two-week period commencing June 20, 2022.

Respectfully submitted,

/ s / Martin A. Feigenbaum
Florida Bar No. 705144
P.O. Box 545960
Surfside, Florida 33154
Telephone: (305) 323-4595
Facsimile:  (844) 274-0862
Email: innering@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/ s / Martin A. Feigenbaum